IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 06-cv-01407-MSK-MJW

FIRST HORIZON NATIONAL CORPORATION,

Plaintiff(s),

v.

HORIZON BANKS, N.A.,

Defendant(s).

MINUTE ORDER

It is hereby ORDERED that Defendant's Motion to Compel Disclosures (docket no. 27) is DENIED. Each party shall pay their own attorney fees and costs for this motion.

Plaintiff's Fed. R. Civ. P. 26(a)(1) disclosures are not deficient and are in compliance with the requirements of Fed. R. Civ. P. 26(a)(1). Plaintiff's Fed. R. Civ. P. 26(a)(1) disclosures include three individuals with knowledge and federal registrations for the Marks.

Date: January 23, 2007