IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 06-cv-01407-MSK-MJW

FIRST HORIZON NATIONAL CORPORATION,

Plaintiff(s),

v.

HORIZON BANKS, N.A.,

Defendant(s).

MINUTE ORDER

It is hereby ORDERED that the Joint Motion for Entry of Consent Protective Order (docket no. 32) is GRANTED. The written Consent Protective Order is APPROVED as amended in paragraph 19 and made an Order of Court.

Date: February 15, 2007