IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-01407-MSK-MJW

FIRST HORIZON NATIONAL CORPORATION, a Tennessee corporation,

Plaintiff,

v.

HORIZON BANKS, N.A.,

Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE AND TO CLOSE CASE

THIS MATTER is before the Court on the "Stipulation of Dismissal" **(#48)** filed April 12, 2007. The Court having reviewed the foregoing:

**ORDERS** that all claim asserted in the above-captioned matter are dismissed with prejudice, each party to bear his, her or its own costs and attorneys' fees incurred in connection with this action. *The Clerk shall close this case.*

Dated this 12th day of April, 2007

**BY THE COURT:**

*[signature: Marcia S. Krieger]*

Marcia S. Krieger
United States District Judge